48

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

GEORGE RODRIQUEZ § 
 §
*versus* § CIVIL ACTION B-94-202
 §
MR. WOODS, ET AL §

United States District Court
Southern District of Texas
FILED

MAY 2 0 1999

Michael N. Milby
Clerk of Court

### Order Setting Trial

1.  A final pretrial conference:     June 3, 1999
     8:30 a.m.

2.  Jury selection:     June 4, 1999
     8:30 a.m.

Signed _20th_ May, 1999, at Brownsville, Texas.

Filemon B. Vela
United States District Judge