IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE RODRIGUEZ | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-94-202 |
| | § | |
| UNITED STATES OF AMERICA, ET AL. | § | |

<u>O R D E R</u>

The jury in the captioned case having been requested to have lunch together on the 29th day of June, 1999, it is hereby

ORDERED that the United States Marshal provide the jury, consisting of __8__ members and __2__ security personnel with their meal on the 29th day of June, 1999.

A copy of this Order will be directed by the Clerk to the Financial Section.

DONE at Brownsville, Texas this 29th day of June, 1999.

_____
FILEMON B. VELA
United States District Judge