# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 1999

**Michael N. Milby**
**Clerk of Court**

George Rodriguez,
Plaintiff

vs.

W.F. Woods, etc.
Defendants.

\*
\*
\*
\*
\*
\*
\*

Civil Action No. B-94-202

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 1 2 1999

Michael N. Milby, Clerk

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, Honorable Filemon B. Vela, District Judge, presiding, and the issues having been duly rendered, its verdict,

It is ORDERED and ADJUDGED that the Plaintiff, George Rodriguez take nothing and that the action be dismissed on the merits, and that the Defendants recover of the Plaintiff George Rodriguez their costs in this action.

Dated _June 30, 1999_, 1999, in Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE
Southern District of Texas

71