78

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**NOV 0 4 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GEORGE RODRIGUEZ, SR., | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-94-202 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| W.F. WOODS, Warden, | § | |
| PHILIP SPEARS, Warden, | § | |
| K. MARTYN, Hospital Administrator, | § | |
| W. DUTEIL, Chief Medical Officer, | § | |
| DR. CUSTER, Chief Medical Officer. | § | |

## ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court has granted the Application to Proceed in Forma Pauperis but, emphasizes that

any review of the trial of this cause will reveal frivolity, baseless grounds, and no valid ground for

appeal.

DONE this _4th_ day of November, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge