THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GEORGE RODRIGUEZ, SR., § | |
| § | |
| vs. § | CIVIL ACTION NO. B-94-202 |
| § | |
| UNITED STATES OF AMERICA, § | |
| W.F. WOODS, Warden, § | |
| PHILIP SPEARS, Warden, § | |
| K. MARTYN, Hospital Administrator, § | |
| W. DUTEIL, Chief Medical Officer, § | |
| DR. CUSTER, Chief Medical Officer. § | |

## ORDER

Before this Court for consideration is a Motion for Preliminary Injunction Pending Appeal (Docket # 75). Having reviewed the entire file and the Order from the Fifth Circuit Court of Appeals (Docket # 79) dismissing the Appeal, this Court is of the opinion that the Motion for Preliminary Injunction Pending Appeal (Docket # 75) is **MOOT**.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Preliminary Injunction Pending Appeal is **MOOT**.

DONE on this the 27th day of June, 2000.

_____
Filemon B. Vela
United States District Judge